# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 470 WAL 2014
:
              Respondent  :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
          v.  :
:
:
:
TERRENCE ALLEN,  :
:
              Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.